05 FEB -3 AM 9:09

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

FILED

FEB - 3 2005

LEONARD GREEN, Clerk

No. 03-3110

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

CR-1-02-29

v.

FLOYD BRUCE,
    Defendant - Appellant.

Before: NELSON and COOK, Circuit Judges; ROSEN, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that defendant/appellant Floyd Bruce's conviction and sentence are AFFIRMED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk