IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,       )
           Plaintiff,           )
                                )
      vs.                       )      Case No. 1:02-cr-29
                                )
Floyd M. Bruce,                 )
           Defendant.           )


Order on Remand for Resentencing


     The Court of Appeals has remanded this matter to this
Court for resentencing in light of the United States Supreme
Court's decision in <u>United States v. Booker</u>, ___ U.S. ___, No.
04-105, 2005 WL 50108 (Jan. 12, 2005).  The Court hereby **ORDERS**
the Defendant to file within 14 calendar days of the issuance of
this Order (1) any sentencing memorandum; (2) any new objections,
including previously asserted objections the Defendant chooses to
reassert; and (3) any request for a new or amended presentence
investigation report.  In the event that the Defendant fails to
timely file any of the above, the Clerk will schedule
resentencing for the earliest available date.  In the event that
the Defendant timely files any of those documents, the United
States may file a response within 14 calendar days of its filing.

           **IT IS SO ORDERED.**


Date: May 19, 2005          s/Sandra S. Beckwith
                            _____
                            Sandra S. Beckwith, Chief Judge
                            United States District Court