UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3110

Filed: June 6, 2005

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

FLOYD M. BRUCE

    Defendant - Appellant

1:02cr29

### MANDATE

Pursuant to the court's disposition that was filed 2/3/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ............$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk

FILED
JAMES BONINI
CLERK

05 JUN -7 PM 1:51