# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

FILED
JAMES BONINI
CLERK

05 JUN 10 PM 12: 45

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Filed: June 7, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-3110
USA vs. Bruce
District Court No. 02-00029

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3110] . Volumes included: 2 Pl; 4 Tr;.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_[signature]_

Name and Title of Authorized Agent for
the District Court or Government Agency

6/9/05
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy