02-00026
Cincinnati
RECEIVED
Beckwith
JUL - 8 2005

Nancy

FOR YOUR INFORMATION

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

03-3110

**LEONARD GREEN, Clerk**

July 5, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
JUL - 8 2005
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth
Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

    Re:  Floyd M. Bruce
          v. United States
          Application No. 05A13
          (Your No. 03-3110)

Dear Clerk:

      The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Stevens, who on July 5, 2005 extended the time to and including September 4, 2005.

      This letter has been sent to those designated on the attached notification list.

                                          Sincerely,

                                          William K. Suter, Clerk

                                          by

                                          Heather Trant
                                          Case Analyst