UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 1:02-cr-29 |
| | ) | (Judge Sandra S. Beckwith, Chief Judge) |
| vs. | ) | |
| | ) | Appearing on behalf of: Floyd M. Bruce |
| Floyd M. Bruce, | ) | (Defendant) |
| Defendant. | ) | |

**APPLICATION FOR ADMISSION PRO HAC VICE**

**Petitioner,** J. Vincent Aprile II, Lynch, Cox, Gilman & Mahan P.S.C., 500 West Jefferson Street, Suite 2100, Louisville, Kentucky 40202, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. **Petitioner** states under penalty of perjury that he is a member in good standing of the Bar of the highest Court of the State of Kentucky and that a current Certificate of Good Standing in that Court is provided. **Petitioner** states further that he is not eligible for admission under Local Rule 83.4(b). **Petitioner** designates W. Kelly Johnson, as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

This ___1st___ day of ___August___, 2005.

_____J. Vincent Aprile II_____
J. Vincent Aprile II
Lynch, Cox, Gilman & Mahan P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, Kentucky 40202
502.589.4215 Business number
502.589.9449 Fax number

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, W. Kelly Johnson, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This 5th day of August, 2005.

0037241
Ohio Bar Number

W. Kelly Johnson
200 URS Center, 36 East 7th Street
Cincinnati, Ohio 45202
(513) 929-4834 Business Telephone

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff, Hon. Timothy D. Oakley, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Ohio, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202, this date August 5, 2005.

Signed by Local Counsel

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225

**OFFICERS**
David B. Sloan
*President*

Robert C. Ewald
*President-Elect*

Jane Winkler Dyche
*Vice President*

R. Kent Westberry
*Past President*

**YOUNG LAWYERS**
Katherine J. Hornback
*Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Charles E. English, Jr.
Fred E. Fugazzi, Jr.
Margo L. Grubbs
R. Scott Madden
Marilyn McGhee
Douglas L. McSwain
Charles E. Moore
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
William H. Wilhoit



*THIS IS TO CERTIFY THAT*

*JOSEPH V. APRILE II*
*Lynch Cox Gilman and Mahan PSC*
*500 West Jefferson Street Suite 2100*
*Louisville, Kentucky 40202*

Membership No. **01570**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 27th day of July, 2005.

**BRUCE K. DAVIS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar