UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                            Case No. 1:02-cr-29

Floyd M. Bruce,
    Defendant

# ORDER

This matter is before the Court on Defendant's Motion for Admission of attorney J. Vincent Aprile, II (Doc. 58).

**IT IS ORDERED** that the Motion is **GRANTED** and attorney J. Vincent Aprile, II is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.**

Date: August 10, 2005                        s/Sandra S. Beckwith
                                                         Sandra S. Beckwith, Chief Judge
                                                         United States District Court