# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

September 12, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Floyd M. Bruce
v. United States
No. 05-6281
(Your No. 03-3110)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 6, 2005 and placed on the docket September 12, 2005 as No. 05-6281.

Sincerely,

William K. Suter, Clerk

by *[signature]*

Heather Trant
Case Analyst