# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

02-00029

03-3110

**RECEIVED** Berkopff 2005

William K. Suter
Clerk of the Court
(202) 479-3011

October 11, 2005

**LEONARD GREEN, Clerk**

United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED
OCT 24 2005
LEONARD GREEN, Clerk**

Re: Floyd M. Bruce
v. United States
No. 05-6281
(Your No. 03-3110)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk