IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) |
| Plaintiff, | ) Case No. 1:02-CR-29-001 |
| | ) |
| vs. | ) |
| | ) |
| Floyd M. Bruce, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The Court's order of August 10, 2005 granting Mr. J. Vincent Aprile II, Esq.'s application for admission pro hac vice to represent Defendant Floyd M. Bruce for purposes of resentencing in this matter (Doc. No. 59) is **WITHDRAWN**. Mr. Aprile is relieved of his professional obligations to the Defendant. Mr. W. Kelly Johnson of the Federal Public Defender's office is appointed to represent the Defendant during the resentencing phase of this case.

**IT IS SO ORDERED**

Date May 25, 2006                          s/Sandra S. Beckwith
                                           Sandra S. Beckwith, Chief Judge
                                           United States District Court