Mr. Floyd Murray Bruce
Lackawanna County Jail
1371 N. Washington Avenue
Scranton, Pennsylvania 18509

August 3, 2006.

Honorable S. Beckwith, U.S. Judge
United States District Court
Southern District of Ohio, Cincinatti
100 East 5th, Street, Rm 103
Cincinatti, Ohio 45202

RE: United States v. Floyd Murray Bruce, CR1-02-029
    REQUEST FOR RESENTENCING CONTINUATION

Dear Judge Beckwith,

I am writing to request a continuation in the above referenced subject. In light of the following developement.

Your Honour, I am presently scheduled to start trial on or before September, 8th, 2006. At the United States District Court for the Middle District of Pennsylvania.

Your Honour, it is my plea that the Court consider and grant a continuation in these matters pending a disposition of the charges here at Pennsylvania.

I hereby enclose a copy of the Court's order with regards to this request.

Respectfully Submitted
Floyd Murray Bruce.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **VS** : | **3:CR-05-318** |
| : | **(CHIEF JUDGE VANASKIE)** |
| **MURRAY FLOYD BRUCE** : | |

## ORDER

**NOW, THIS 28th DAY OF JULY, 2006**, following a telephonic scheduling conference conducted in the above-captioned matter on this date, **IT IS HEREBY ORDERED THAT:**

1. A non-jury trial is scheduled for **Monday, September 11, 2006 at 9:30 a.m.** at the William J. Nealon Federal Building & U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pa. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before the scheduled appearance.

2. A final pretrial conference will be held on **Friday, September 8, 2006 at 11:00 a.m.** in Room 401 of the William J. Nealon Federal Building & U.S. Courthouse, Scranton, Pennsylvania. Defendant Murray Bruce shall be present for the pretrial conference.

                                                        **s/ Thomas I. Vanaskie**
                                                        Thomas I. Vanaskie, Chief Judge
                                                        Middle District of Pennsylvania