*T.*

Honorable U.S. Judge, Beckwith,
United States District Court
Southern District of Ohio
100 East 5th Street, Room 103
Cincinatti, Ohio 45202

FILED
JAMES BONINI
CLERK

06 OCT -2 PM 4:07

WEST OF CINCINNATI

RE; USA V. BRUCE, 1:02-CR-029

Dear Judge Beckwith,
    I am Writing to Inform the court, that the charges Filed at the U.S. District court For the Middle District of pennsylvania, Scranton, has Concluded. I was acquited.

    I am now detained yet again, by the United States Immigration and customs Enforcement agency, pending removal.

    that In light of this development, I hereby Move the court to Consider to grant re sentencing In absentia. Praying that the court does not Impose any additional sentence.

    Alternatively the court May Continue this Matter.

September, 27, 2006.     Respectfully Submitted

Floyd M. Bruce # 123682
Lackawanna County Prison
1371 N. Washington Avenue
Scranton, PA, 18509.