```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION

United States of America     )
                             )
            Plaintiff,       )  Case No. 1:02-CR-29-001
                             )
     vs.                     )
                             )
Floyd M. Bruce,              )
                             )
            Defendant.       )
```

O R D E R

Defendant's motion for resentencing in absentia (Doc. No. 64) is not well-taken and is **DENIED**.  This matter is scheduled for a resentencing hearing on November 30, 2006, at 3:00 p.m.  Any sentencing memorandum shall be filed no later than November 15, 2006.  Any memoranda in response to a sentencing memorandum shall be filed no later than November 22, 2006.

**IT IS SO ORDERED**

Date October 12, 2006                s/Sandra S. Beckwith
                                  Sandra S. Beckwith, Chief Judge
                                    United States District Court

1