**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,
    Plaintiff

    vs                        Case No.  1:02-cr-29

Floyd M. Bruce,
    Defendant

**WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

**To the United States Marshal for the Southern District of Ohio; and the Warden of the Lackawanna County Prison, Scranton, PA**

You are commanded to have the person of **Floyd M. Bruce, Inmate No. 123682,** the party in interest in this case, currently restrained in the, **Lackawanna County Prison**, conveyed under safe and secure conduct, and maintained under safe and secure conduct, **before the United States District Court for the Southern District of Ohio, in Room 822, Potter Stewart Courthouse, 100 East Fifth Street, Cincinnati, Ohio on November 30, 2006 at 3:00 p.m. for resentencing,** and each day thereafter until the proceeding is completed, and thereafter return said party to the place said party was originally restrained, there being no further orders of this Court to the contrary.

In the event said inmate is no longer in your custody, please notify the Court immediately.

Date: <u>October 18, 2006</u>                             s/Sandra S. Beckwith
                                                               Sandra S. Beckwith, Chief Judge
                                                               United States District Court