UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

06 DEC 19 PM 4:35

WEST DIV CINCINNATI OHIO

United States of America

v.                                  Docket No 1,02-CR-029

Murray Floyd Bruce

MOTION FOR SPEEDY RESENTENCING

This Matter was previously set for resentencing on November 30, 2006. And has been rescheduled for a future date.

That I respectfully request the Honorable court to consider to grant an early court date. Giving that I am presently available and detained by the U.S. Marshal's at the Grant County detention center at Williamstown Kentucky.

That it is my plea to the Honorable court to conclude these matters at the courts earliest convenience. As this will enable me to be available in the on-going Removal process by the Immigration and customs Enforcement agency.

In addition to support an early court date, I ask that the court take in to consideration that I have completed the initial sentence imposed. And was released from that sentence since October 15, 2004.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated, December 18th, 2006.

Respectfully submitted
~~Floyd Harvey Bruce~~
Grant County Detention Center
212 Barnes road,
Williamstown, Kentucky 41097