# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.                                     Case No. 1:02-cr-29

**Floyd M. Bruce**

**CRIMINAL MINUTES** - Resentencing *on Remand*
*(12:01 - 12:21)*

U.S. ATTORNEY PRESENT: *Timothy Oakley*

COUNSEL FOR DEFENDANT: *Kelly Johnson*

PROBATION OFFICER: *Mark Crowe*

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY** *Count I*

      **NOT GUILTY**_____

      **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of________________ Continued ______ Set ______✓

Defendant in custody pursuant to ~~pretrial detention order~~ previous sentence ✓

An appeal of sentence to be filed by Clerk of Court ✓

Defendant does not desire an appeal to be filed by the Clerk at this time __________

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted ____________________

**REMARKS:**

SENTENCE: Time served ~~months imprisonment~~ followed by 5 years supervised release

Δ must assist ICE with deportation

$ 100 Assessment

$ 3,222.53 restitution

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown

**Court Reporter:** Mary Ann Ranz (Official)

**Date:** Tuesday, January 16, 2007