UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.   Case No.  1:02-cr-29

Floyd M. Bruce,
    Defendant

# NOTICE OF APPEAL

Notice is hereby given that     Floyd M. Bruce     , Defendant named above, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment and Sentence entered in this action on January 16, 2007.

    Entered by the Clerk in Defendant's behalf pursuant to Order of the Court.

    James Bonini, Clerk

    By: s/Mary C. Brown
        Mary C. Brown, Deputy Clerk

    Date:   January 16, 2007