FILED
JAMES BONINI
CLERK

07 NOV 29 PM 3:57

Case No. 07-3065

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

FLOYD M. BRUCE,

    Defendant - Appellant

1:02CR29

BEFORE:   SILER, GIBBONS and McKEAGUE, Circuit Judges.

    This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

    The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore **ORDERED** that said judgment be and it hereby is affirmed.

                                                   ENTERED BY ORDER OF THE COURT
                                                   Leonard Green, Clerk

Issued: November 29, 2007

02-29