UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

07 DEC 25 PM 3: 20

No: 07-3065

MC7

Filed: December 26, 2007

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

02-CR-29

v.

FLOYD M. BRUCE,

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 11/29/2007 the mandate for this case hereby issues today.

COSTS: NONE

Filing Fee ........................$
Printing ..........................$

    Total ....................$